# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161393 & (6)(7)(8)(9)(10)(12)(13)

STACY OAKES,
    Plaintiff,

v               SC:  161393

COURT OF APPEALS,
    Defendant.

_____/

   On order of the Court, the motions for immediate consideration are GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.  The motions to stay the Court of Appeals proceedings, to correct clerical errors, for relief from order, and for temporary restraining order are DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2020



s0616

              Clerk